IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02187-WYD-MEH

MARY MESSINA,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (docket #14), filed February 7, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1)(ii), I find that this stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (docket #14) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

    Dated: February 13, 2008

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge